Court of Appeals for the Second Circuit denied.  *Mr. J. Parker
Kirlin* for petitioner.  *Mr. Louis H. Porter* for respondent.

No. 443. JAMES P. STEWART ET AL., PETITIONERS, *v.* H. S.
WRIGHT. October 15, 1906. Petition for a writ of certiorari
to the United States Circuit Court of Appeals for the Eighth
Circuit denied. *Mr. John M. Thurston* and *Mr. W. R. Robert-
son* for petitioners. *Mr. John W. Halliburton* for respondent.

No. 350. THE OLD DOMINION STEAMSHIP COMPANY, OWNER,
ETC., PETITIONER, *v.* PRIMUS GILMORE, ADMINISTRATOR, ETC.
October 22, 1906. Petition for a writ of certiorari. to the
United States Circuit Court of Appeals for the Second Circuit
granted. *Mr. Harrington Putnam* for petitioner. *Mr. J.
Parker Kirlin* and *Mr. George Whitfield Betts, Jr.,* for re-
spondent.

No. 165. ELBERT R. ROBINSON, PETITIONER, *v.* THE AMERI-
CAN CAR AND FOUNDRY COMPANY. October 22, 1906. Peti-
tion for a writ of certiorari to the United States Circuit Court
of Appeals for the Seventh Circuit denied. *Mr. J. Gray
Lucas, Mr. Judson W. Lyons* and *Mr. Mason N. Richardson*
for petitioner. *Mr. Thomas A. Banning* and *Mr. Ephraim
Banning* for respondent.

No. 318. SOUTHERN RAILWAY COMPANY, PETITIONER, *v.*
MATTIE J. STUTTS, ADMINISTRATRIX, ETC. October 22, 1906.
Petition for a writ of certiorari to the United States Circuit
Court of. Appeals for the Fifth Circuit denied. *Mr. Milton
Humes* for petitioner. *Mr. Richard W. Walker* for respondent.